# Exhibit 1

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 531-2020-02936 |

**MARYLAND COMMISSION ON CIVIL RIGHTS** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MR. RAY D SHIPP | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 1129 NANTICOKE STREET, 1129 NANTICOKE STREET, BALTIMORE, MD 21230 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| KBWI AMAZON | 201 - 500 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 27350 MATHISON WAY, BALTIMORE, MD 21240 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-14-2020   Latest: 09-27-2020
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I began my employment with the company named above on March 14, 2020, as a Ramp PA Supervisor. On June 14, 2020, I contacted Dovie Majors, General Manager, with concerns about my treatment. In or about July 2020, I was placed on a performance improvement plan (PIP). The PIP did not have an expiration date. However, it was advised that my last manager could remove the PIP off my record. Two weeks before my discharge, my PIP was removed by Demita LNU, Supervisor. On September 27, 2020, I was discharged; however, similarly situated comparator Dorthy LNU was not discharged. Dorthy was allowed to be retrained on her safety violation.

II. My employer states I was discharged because of a safety violation.

III. I believe I was discriminated against due to my race (African American) and in retaliation for engaging in protected activity, with respect to unequal terms and conditions of employment and discharge, in violation of Title VII of the Civil Rights Act of 1964, as

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Ray Shipp on 11-13-2020 01:04 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| EEOC Form 5 (11/09) | | | |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**531-2020-02936** | |
| **MARYLAND COMMISSION ON CIVIL RIGHTS** and EEOC | | | |
| *State or local Agency, if any* | | | |

**amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Ray Shipp on 11-13-2020 01:04 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |