### IN THE UNITED STATES DISTRICT COURT OF MARYLAND
### NORTHERN DISTRICT

| | |
|---|---|
| **RAY D. SHIPP**<br><br>PLAINTIFF<br><br>V.<br><br>**AMAZON.COM SERVICES LLC. ET AL**<br><br>DEFENDANT | CIVIL ACTION NO. 22-2484 |

### RESPONSE TO DEFENDANTS' MOTION TO PARTIALLY DISMISS THE COMPLAINT

**NOW COMES,** Ray D. Shipp ( "Plaintiff"), by and through his undersigned counsel, and hereby responds to the Defendants' Motion to Partially Dismiss the Complaint and Memorandum of Law in Support (ECF Nos. 6, 6-1), and for reasons states:

1. On November 28, 2022, in accordance with Fed. R. Civ. P. 15(a)(1)(B), Plaintiff has filed his First Amended Complaint.

2. The First Amended Complaint is the operative pleading, thus, Defendants' Motion to Dismiss is now moot. See Young v. City of Mt. Rainier, 238 F.3d 567, 572 (4th Cir.2001) (noting that, as a general rule, "an amended pleading ordinarily supersedes the original pleading and renders it of no legal effect").

**WHEREFORE,** Plaintiff respectfully requests that the Honorable Court deny the Defendants' Motion to Partially Dismiss, and grants such other and further relief as may be deemed just and proper.

Respectfully Submitted,

/s/ Kim Parker

_____

Kim Parker, Esq.

1

        Fed. Bar No.:23894
        THE LAW OFFICES OF KIM PARKER, P.A.
        2123 Maryland Avenue
        Baltimore, Maryland 21218
        O: 410-234-2621
        F: 410-234-2612
        E: kp@kimparkerlaw.com

        COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff's Response to Defendants' Motion to Partially Dismiss was served via the Court's CM/ECF filing system on this 28th day of November 2022, to all counsel of record.

        /s/ Kim Parker
        _____
        Kim Parker, Esquire