**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| **RAY D. SHIPP**, <br><br> Plaintiff, <br><br> v. <br><br> **AMAZON.COM SERVICES LLC, *et. al.*,** <br><br> Defendants. | Civil Action No. 1:22-cv-2484-CCB |

## DEFENDANTS' MOTION TO PARTIALLY DISMISS COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Amazon.com Services

LLC, Amazon.com, Inc., Amazon Logistics, Inc., and Amazon Web Services, Inc.[1] move to

dismiss from the Complaint with prejudice Plaintiff's failure-to-promote claim of discrimination

under Title VII of the Civil Rights Act of 1964. As set forth more fully in the accompanying

Memorandum of Law, Plaintiff failed to satisfy the necessarily administrative prerequisites to

pursuing such a claim in this action because he never exhausted it through his Charge of

Discrimination filed with the U.S. Equal Employment Opportunity Commission.

---

[1]      Even though Plaintiff was only ever employed by Amazon.com Services LLC, Plaintiff's
Complaint names several other Amazon entities as defendants, including Amazon.com, Inc.,
Amazon Logistics, Inc., and Amazon Web Services, Inc. Amazon's counsel sought clarification
on that issue from Plaintiff's counsel and requested that Plaintiff voluntarily dismiss the three non-
employer entities from the case. As of the filing of this motion, however, the parties' discussions
remain ongoing.

Dated: December 12, 2022

Respectfully submitted,

  /s/ *Matthew J. Sharbaugh*

Matthew J. Sharbaugh (Bar No. 18942)
Andrea N. Threet (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel:    (202) 739-3000
Fax:    (202) 739-3001
matthew.sharbaugh@morganlewis.com
andrea.threet@morganlewis.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of December 2022, a true and correct copy of

the foregoing has been served on the following counsel of record via the Court's CM/ECF system:


Kim Parker, Esquire
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
Tel: (410)-234-2621
Fax: (443)-486-1691
kp@kimparkerlaw.com

*Counsel for Plaintiff*
*Ray D. Shipp*


_/s/ *Matthew J. Sharbaugh*_____
Matthew J. Sharbaugh, Esq.

3