UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **RAY D. SHIPP**,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**AMAZON.COM SERVICES LLC,**<br><br><br>　　　　　　Defendant. | Civil Action No. 1:22-cv-2484-CCB |

## ORDER GRANTING PRETRIAL DEADLINES

Pursuant to the Parties' Joint Status Report dated September 8, 2023, the Court hereby **ORDERS** that its Scheduling Order in this matter shall be modified as follows, and the ensuing deadlines shall now govern:

| **Deadline** | **Court's Initial Proposed Date** | **New Date** |
|---|---|---|
| Moving for joinder of additional parties and amendment of pleadings | September 22, 2023 | October 27, 2023 |
| Plaintiff's Rule 26(a)(2) expert disclosures | October 6, 2023 | January 12, 2024 |
| Defendants' Rule 26(a)(2) expert disclosures | November 3, 2023 | February 9, 2024 |
| Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | November 17, 2023 | February 23, 2024 |
| Rule 26(e)(2) supplementation of expert disclosures and responses | November 24, 2023 | March 1, 2024 |
| Discovery deadline | December 22, 2023 | March 29, 2024 |
| Requests for admission | December 29, 2023 | April 5, 2024 |

| Dispositive motion deadline | January 19, 2024 | April 26, 2024 |

**SO ORDERED**.

Dated: September 11, 2023

/S/ CATHERINE C. BLAKE
HON. CATHERINE C. BLAKE
United States District Judge